IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>    vs.<br><br>LOVE'S COUNTY STORES OF CALIFORNIA, et al.,<br><br>    Defendant.<br>_____ / | CASE NO. CV F 12-1814 LJO BAM<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br>(Doc. 8.) |

    The parties' counsel disobeyed this Court's March 20, 2013 order to file appropriate papers, no later than April 12, 2013, to dismiss or conclude this action in its entirety. The parties fail to show good cause why the action has not been dismissed. As such, this Court ORDERS the parties, no later than April 19, 2013, to file papers to show good cause why this Court should not impose sanctions, including monetary sanctions or dismissal with or without prejudice, against the parties and/or their counsel for failure to comply with the March 20, 2013 order. This order to show cause will be discharged if, no later than April 19, 2013, the parties file appropriate papers to dismiss this action in its entirety. This Court ADMONISHES the parties and their counsel that they must observe and obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

    IT IS SO ORDERED.

**Dated:**    **April 15, 2013**                /s/ **Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE