**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No.  12-CV-1814 LJO BAM |
| **Plaintiff,** | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| **LOVE'S COUNTRY STORES OF CALIFORNIA, a California corporation, dba LOVE'S TRAVEL STOPS & COUNTRY STORES, and DOES ONE through FIFTY, inclusive,** | |
| **Defendants.** | |

Plaintiff MARSHALL LOSKOT and Defendants LOVE'S COUNTRY STORES OF CALIFORNIA,  (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 19, 2013      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**GRIMM, VRANJES & GREER LLP**

Dated: April 16, 2013      /s/ Eugene P. Kenny
Eugene P. Kenny, Attorney for Defendants
**LOVE'S COUNTRY STORES OF CALIFORNIA**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Loskot vs. Love's Country Stores of California, et al.</u>, Case Number 12-CV-1814 LJO BAM is dismissed with prejudice with each party to bear their own attorney fees and costs.
2. The clerk shall close this action.

IT IS SO ORDERED.

Dated:  **April 19, 2013**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE